UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SAMROCK STABLES, LLC, *et al.*,

        Plaintiffs,

v.

JOSEPH CLARK, *et al.*,

        Defendants.

Civil Action No. 25-15822 (MAS) (RLS)

**MEMORANDUM ORDER**

    This matter comes before the Court on Defendants Joseph Clark ("Clark"), Matthew Howard ("Howard"), Township of Howell ("Howell"), and Township of Howell Mayor and Counsel ("Counsel") (collectively, "Defendants") Motion to Dismiss (ECF No. 2) Plaintiffs Samrock Stables, LLC ("Samrock"), Angel and Jules Not So Ordinary Farm, NP ("Not So Ordinary Farm"), Angel Angelov ("Angelov"), and Julia Callano's ("Callano," and collectively, "Plaintiffs") Complaint (ECF No. 1). Plaintiffs opposed (ECF No. 7), and Defendants replied (ECF No. 8).

    At issue in this matter are Plaintiffs' rights under New Jersey's Right to Farm Act ("RFA"). (*See generally* Compl.) On December 11, 2025, Plaintiff filed correspondence with the Court indicating that the Monmouth County Agricultural Development Board ("MCADB") held a hearing regarding Plaintiffs' rights under the RFA in December 2025. (Pls.' Correspondence, ECF No. 9.) In that correspondence, Plaintiffs requested permission to file a sur reply to "inform the Court of the outcome of the hearing" and to assert their "position as to the consequences of th[e MCADB's] determination." (*Id.* at 2.) Defendants thereafter filed correspondence explaining that the MCADB had not yet scheduled a hearing to address whether the challenged activities on

Plaintiffs' property are protected under the RFA and has not issued a final determination as to Plaintiffs' activities under the RFA. (Defs.' Correspondence, ECF No. 10.)

The Court, upon further review, notes that the MCADB will hold a hearing on the matter on February 3, 2026. (*See* MCADB, Feb. 3, 2026, Meeting Agenda, https://www.visitmonmouth.com/Page.aspx?Id=5176 (last visited Jan. 29, 2025).) Based upon the Court's discretion and its inherent authority to control the matters on its docket, the Court will administratively terminate Defendants' Motion to Dismiss pending the outcome of that MCADB hearing. The Court will also direct the parties to submit supplemental briefing according to the schedule set forth below addressing the outcome of the matter before the MCADB, and how it affects the parties' legal arguments. Accordingly,

IT IS, on this 2nd day of February 2026, **ORDERED** as follows:

1. Defendants' Motion to Dismiss (ECF No. 2) is **ADMINISTRATIVELY TERMINATED**.

2. The parties are directed to file supplemental briefing after the conclusion of the proceedings before the MCADB as follows: (1) Defendants must either file correspondence requesting that the Court reinstate the original Motion to Dismiss or file a new Motion to Dismiss to raise additional arguments in light of the proceedings before the MCADB on or before March 13, 2026; (2) Plaintiffs must file their opposition or supplemental brief on or before March 23, 2026; and (3) Defendants must file any reply brief on or before March 30, 2026.

*/s/ Michael A. Shipp*
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**