**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

SAMROCK STABLES, LLC, *et al.*,

Plaintiffs,

v.

TOWNSHIP OF HOWELL, *et al.*,

Defendants.

Civil Action No. 25-15822 (MAS) (RLS)

**MEMORANDUM ORDER**

**SHIPP, District Judge**

This matter comes before the Court upon two motions: (1) Defendants Township of Howell, Township of Howell Mayor and Council, Joseph Clark, and Matthew Howard's (collectively, "Defendants") Motion to Dismiss (ECF No. 12) Plaintiffs Samrock Stables, LLC, Angel and Jules Not So Ordinary Farm, NP, Angel Angelov, and Julia Callano's (collectively, "Plaintiffs") Complaint (ECF No. 1); and (2) Plaintiffs' Cross-Motion to File a First Amended Complaint (ECF No. 17-2). Plaintiffs opposed Defendants' motion (ECF No. 17) and Defendants replied in further support of their motion and in opposition to Plaintiffs' motion (ECF No. 18).

Federal Rule of Civil Procedure[1] 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). "Although Rule 15 requires that leave to amend be freely given, 'a district court has the discretion to deny this request if it is apparent from the record that[:] (1) the moving party has demonstrated undue delay, bad faith[,] or dilatory motives[;] (2) the amendment would be futile[;] or (3) the amendment would prejudice

[1] All references to "Rule" or "Rules" hereafter refer to the Federal Rules of Civil Procedure.

the other party." *Jackson v. Buechele*, No. 18-17258, at *2 (D.N.J. Aug. 8, 2019) (quoting *Lake v. Arnold*, 232 F.3d 360, 373 (3d Cir. 2000)). Here, the Court has no reason to believe there is any delay or bad faith motivation, nor does the Court find that amendment would be futile or would otherwise prejudice Defendants. The Court, therefore, finds good cause to allow Plaintiffs the opportunity to file a First Amended Complaint.

Based on the foregoing,

**IT IS**, on this 28th day of July 2026, **ORDERED** as follows:

1. Plaintiffs' Motion to File a First Amended Complaint (ECF No. 17-2) is **GRANTED.**
2. Plaintiffs shall have **fourteen (14) days** from the date of this Order to file their First Amended Complaint.
3. Defendants' Motion to Dismiss the original Complaint (ECF No. 12) is **ADMINISTRATIVELY TERMINATED.**
4. Defendants shall have **thirty (30) days** from the date Plaintiffs file their First Amended Complaint to either: (1) e-file correspondence asking this Court to reinstate their original motion and apply those arguments in favor of dismissing certain claims in the First Amended Complaint; or (2) file a new motion to dismiss the First Amended Complaint.[2]

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

[2] To be clear, Defendants would be able to raise new arguments in support of a new motion to dismiss the First Amended Complaint.